UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RUDOLPH BETANCOURT,

    Plaintiff,                           CASE NO.: 8:23-cv-02599-CEG-TGW

v.

KAILASH ROBBY LLC and QUICK
SERVICE CAPITAL PARTNERS LLC
d/b/a CHECKERS HAINES CITY,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Rudolph Betancourt, and Defendants, Kailash Robby LLC and Quick Service Capital Partners LLC d/b/a Checkers Haines City (collectively, the Parties), hereby notify the Court that the instant action has settled. The Parties expect to file a stipulation of dismissal with prejudice within thirty (30) days. The Parties request that the Court enter an order administratively closing the case, thereby relieving the Parties from compliance with any pending pretrial deadlines and from filing any further responses, motions, and/or pleadings.

Respectfully submitted,

| | |
|---|---|
| GLENN R. GOLDSTEIN & ASSOCIATES, PLLC | FORDHARRISON, LLP |
| By: */s/ Glenn R. Goldstein* | By: */s/ Merry E. Lindberg* |
| Glenn R. Goldstein, Esq. | Merry E. Lindberg, Esq. |
| Florida Bar No.: 55873 | Florida Bar No.: 308102 |
| GGoldstein@G2Legal.net | mlindberg@fordharrison.com |
| 8101 Biscayne Blvd., Suite 504 | 515 North Flagler Drive, Suite P300 |
| Miami, Florida 33138 | West Palm Beach, FL 33401 |
| Telephone: (561) 573-2106 | Telephone: (561) 345-7505 |

*Rudolph Betancourt v. Kailash Robby LLC, et. al.*
*Case No.: 8:23-cv-02599-CEG-TGW*
*Joint Notice of Settlement*

| | |
|---|---|
| LAWREN N. WASSENBERG & ASSOCIATES, P.A.<br><br>By: */s/ Lauren N. Wassenberg*<br>Lauren N. Wassenberg, Esq.<br>Florida Bar No. 34083<br>WassenbergL@gmail.com<br>33 SE 4th St., Suite 100<br>Boca Raton, Florida 33432<br>Telephone: (561) 571-0646<br><br>*Attorneys for Plaintiff* | Viktoryia Johnson<br>Florida Bar No. 125545<br>401 E. Jackson St., Suite 2500<br>Tampa, FL 33601<br>T (813) 261-7800<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| Glenn R. Goldstein, Esq.<br>GGoldstein@G2Legal.net<br>Glenn R. Goldstein & Associates, PLLC<br>8101 Biscayne Blvd., Ste. 504<br>Miami, Florida 33138 | Lauren N. Wassenberg, Esq.<br>WassenbergL@gmail.com<br>Lauren N. Wassenberg & Associates, P.A.<br>33 SE 4th St., Ste, 100<br>Boca Raton, Florida 33432 |

*/s/ Merry E. Lindberg*
Merry E. Lindberg
Florida Bar No. 308102

-2-