# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

RUDOLPH BETANCOURT,

    Plaintiff,

v.                                  Case No: 8:23-cv-2599-CEH-TGW

KAILASH ROBBY LLC and QUICK
SERVICE CAPITAL PARTNERS
LLC,

    Defendants.
_____

## ORDER

Before the Court is the parties' Joint Motion for Dismissal With Prejudice (Doc. 22), which the Court construes as a stipulation of dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). In it, the parties stipulate to dismiss this action with prejudice. In accord with the Joint Motion for Dismissal With Prejudice, it is therefore **ORDERED**:

1) This cause is dismissed, with prejudice. Each party shall bear its own costs and attorneys' fees, except as otherwise provided in the parties' settlement agreement.

2) The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida on April 9, 2024.

Charlene Edwards Honeywell
United States District Judge

Copies furnished to:
Counsel of Record; Unrepresented Parties